# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-CR-00355-KJD-LRL |
| v. | **ORDER** |
| JEFFREY TALLEY, *et al.*, | |
| Defendants. | |

Before the Court is the United States' Motion to Dismiss the Claim of Transport Designs, Inc., Pursuant to Rule 12 (B)(6), Federal Rules of Civil Procedure (#153).  The United States moved to dismiss the claim filed by Transport Designs, Inc., (hereinafter, "Transport Designs") in connection with an ancillary proceeding for forfeiture of a customized motor home as it relates to the above-captioned criminal case on June 15, 2011.  Transport Designs has not filed any opposition.  Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

Accordingly, **IT IS HEREBY ORDERED** that United States' Motion to Dismiss the Claim of Transport Designs, Inc., Pursuant to Rule 12 (B)(6), Federal Rules of Civil Procedure (#153) is **GRANTED**.

DATED this 2nd day of September 2011.

_____
Kent J. Dawson
United States District Judge