# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-355-KJD (LRL) |
| JEFFREY TALLEY, ALICIA TALLEY, JAMES CASTANEDA, JR., AND CRAIG HUBER, | ) |
| Defendants. | ) |

## AMENDED FINAL ORDER OF FORFEITURE

On February 2, 2010, the United States District Court for the District of Nevada filed a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1) and (2) and 853(p); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JEFFREY TALLEY to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JEFFREY TALLEY pled guilty. Docket #27, #71.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 26, 2010, through June 24, 2010, notifying all third parties of their right to petition the Court.

1  On February 1, 2011, the United States District Court for the District of Nevada filed a Final Order of Forfeiture as to Defendant JEFFREY TALLEY. #145.

On May 19, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1), based upon the plea of guilty by defendant ALICIA TALLEY to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant ALICIA TALLEY pled guilty. #27, #92, #94, #96.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 26, 2010, through June 24, 2010, notifying all third parties of their right to petition the Court. #103.

On September 1, 2010, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant ALICIA TALLEY. #114.

On May 19, 2010, the United States District Court for the District of Nevada filed a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);Title 21, United States Code, Sections 853(a)(1) and (2), and (p); and Title 31, United States Code, Section 5317(c), based upon the plea of guilty by defendant JAMES CASTANEDA, JR. to criminal offenses, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JAMES CASTANEDA, JR. pled guilty. #89.

On January 26, 2011, the United States District Court for the District of Nevada filed a Final Order of Forfeiture as to Defendant JAMES CASTANEDA, JR. #136.

. . .

1    On May 19, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant CRAIG HUBER to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant CRAIG HUBER pled guilty. #93.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 26, 2010, through June 24, 2010, notifying all third parties of their right to petition the Court. #103.

On February 7, 2011, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant CRAIG HUBER. #146.

On August 16, 2010, DAVE STADLER, GMAC SENIOR VICE PRESIDENT, was served by regular mail with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 5-6.

On August 20, 2010, DAVE STADLER, GMAC SENIOR VICE PRESIDENT, was served by certified mail, return receipt requested with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 3-4.

On August 23, 2010, MANAGER AND/OR JULIE ROUSSELOW, GMAC CONFISCATION DEPARTMENT, was served by certified mail, return receipt requested with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 7-8.

On August 16, 2010, MANAGER AND/OR JULIE ROUSSELOW, GMAC CONFISCATION DEPARTMENT, was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 9-10.

On August 20, 2010, R. KYLE TREADWAY, PRESIDENT AND RESIDENT AGENT, KENWORTH SALES CO., was served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 11-12.

1    On August 16, 2010, R. KYLE TREADWAY, PRESIDENT AND RESIDENT AGENT,
2    KENWORTH SALES CO., was served by regular mail, with a copy of the Preliminary Order of
3    Forfeiture and the Notice. #124, p. 13-14.

4    On August 23, 2010, PRESIDENT STEVE MATTIE, TRANSPORT DESIGNS, was served
5    by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the
6    Notice. #124, p. 15-16.

7    On August 16, 2010, PRESIDENT STEVE MATTIE, TRANSPORT DESIGNS, was served
8    by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 17-18.

9    On August 16, 2010, JEFFREY R. IMMELT, CHAIRMAN AND CEO, GE CAPITAL
10   CORP., was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice.
11   #124, p. 19-20.

12   On August 23, 2010, JEFFREY R. IMMELT, CHAIRMAN AND CEO, GE CAPITAL
13   CORP., was served by certified mail, return receipt requested, with a copy of the Preliminary Order
14   of Forfeiture and the Notice. #124, p. 21-22.

15   On August 23, 2010, MICHAEL A. NEAL, CHAIRMAN AND CEO, GE CAPITAL CORP.,
16   was served by certified mail, return receipt requested, with a copy of the Preliminary Order of
17   Forfeiture and the Notice. #124, p. 23-24.

18   On August 16, 2010, MICHAEL A. NEAL, CHAIRMAN AND CEO, GE CAPITAL CORP.,
19   was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124,
20   p. 25-26.

21   On August 16, 2010, HEIDE BAUMANN, VICE PRESIDENT, GE CAPITAL CORP., was
22   served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 27-
23   28.

24   On August 23, 2010, HEIDE BAUMANN, VICE PRESIDENT, GE CAPITAL CORP., was
25   served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture
26   and the Notice. #124, p. 29-30.

On August 16, 2010, KYLE SANDERS, PORTFOLIO MANAGER, GE CAPITAL CORP., was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 31-32.

On August 23, 2010, KYLE SANDERS, PORTFOLIO MANAGER, GE CAPITAL CORP., was served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 33-34.

On August 16, 2010, SCOTT TANKERSLEY, GE CAPITAL CORP. ATTORNEY, was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 35-36.

On August 23, 2010, SCOTT TANKERSLEY, GE CAPITAL CORP. ATTORNEY, was served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 37-38.

On August 25, 2010, REGISTERED AGENT, THE CORPORATION TRUST COMPANY OF NEVADA, was served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 39-40.

On August 16, 2010, REGISTERED AGENT, THE CORPORATION TRUST COMPANY OF NEVADA, was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 41-42.

On September 17, 2010, REGISTERED AGENT, THE CORPORATION TRUST COMPANY OF NEVADA, GE CAPITAL CORP., was served by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 43-44.

On August 17, 2010, REGISTERED AGENT, THE CORPORATION TRUST COMPANY OF NEVADA, GE CAPITAL CORP., was served by regular mail, with a copy of the Preliminary Order of Forfeiture and the Notice. #124, p. 45-46.

On October 15, 2010 United States Marshals attempted service of REGISTERED AGENT, NATIONAL TAX ADVISORS, INC., GE CAPITAL CORP., by personal service, with a copy of the

Preliminary Order of Forfeiture and the Notice. #124, p. 47.

On September 14, 2010, TRANSPORT DESIGNS filed a petition relating to a Kenworth 2000 Diesel Yellow and White Motor Home, VIN No. 1XKTDB9X25J105321. #119.

On June 15, 2011, the United States of America filed its Motion to Dismiss the Claim of Transport Designs, Inc., pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure. #153. On September 2, 2011, the Court entered the Order Dismissing the Claim of Transport Designs, Inc. #154.

On December 2, 2011, the United States of America filed a Settlement Agreement, Stipulation for Entry of Judgment of Forfeiture as to General Electric Capital Corporation, and Order. #155. On December 6, 2011, the Court entered the Order. #156.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (2) and 853(p); Title 18, United States Code, Section 981(a)(1)C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

an in personam criminal forfeiture money judgment of $3,139,500.00 in United States Currency, including:

    a)    $39,400.00 in United States Currency;

    b)    2000 Blue, Kenworth Tractor Truck, VIN IXKTD69X7YJ833079;

    c)    2005 Black/Chrome, Big Dog Motorcycle, VIN 5J11GBJ195W000263;

    d)    2005 White, Chevy Suburban, VIN 3GNFK16Z75G219452;

1    e)   2005 White, Owens Classic Six Wheels Trailer, VIN 10WRT40345W040262;

2    f)   2005 Kenworth 2000 Diesel, Yellow in Front and White on Back, Customized Motor

3         Home, VIN 1XKTDB9X25J105321;

4    g)   Shindaiwa Kwiet Power Generator, Model DGK70B, Serial Number 71051-0000374.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __7__ day of __February__, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the (proposed) Amended Final Order of Forfeiture on February 6, 2012, by the below identified method of service:

<u>CM/ECF:</u>

Richard A Schonfeld
Chesnoff & Schonfeld
520 S. 4th St.
Las Vegas, NV 89101
Email: rschonfeld@cslawoffice.net
*Counsel for the Defendant Jeffrey Talley*

James C Gallo
Law Office of James C Gallo
818 S. Casino Center Blvd.
Las Vegas, NV 89101
Email: jimcgallo@aol.com
*Counsel for the Defendant Jeffrey Talley*

Gary L Myers
Law Office of Gary L. Myers
P.O. Box 371846
Las Vegas, NV 89137
Email: gmyerslo@aol.com
*Counsel for the Defendant Alicia Talley*
(Attorney Myers moved from the W. Lake Mead address listed on the court docket)

Brenda Weksler
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Karen_Brokaw@fd.org
*Counsel for the Defendant James Castaneda, Jr.*

Osvaldo E Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
Email: ozzie@fumolaw.com
*Counsel for the Defendant Craig Huber*

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal